MARK R. MOFFAT (#5112)
JAMES C. BRADSHAW (#3768)
Attorneys for Claimant
BROWN, BRADSHAW & MOFFAT, LLP
422 North 300 West
Salt Lake City, Utah 84103
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
Email: mark@brownbradshaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$21,757.69 seized from Wells Fargo Bank account 8307503519,<br><br>$6,000.30 seized from Wells Fargo Bank account 8307503501, and<br><br>$5,015.41 seized from Wells Fargo Bank account 8853172883,<br><br>Defendant. | Case No.<br><br>VERIFIED CLAIM OF<br>JAMES FOSTER-ASTORGA<br><br>Case: 2:18-cv-00404<br>Assigned To: Kimball, Dale A.<br>Assigned Date: 5/24/2018<br>Description USA v. $21,757.69 seized from Wells Fargo Bank et al |
|---|---|

Pursuant to Rule G(5)(a), Supplemental Rules, James Foster Astorga hereby contests the forfeiture of certain assets in the above-referenced civil forfeiture action and makes claim and gives notice to the plaintiff United States and to the Court that he has an interest in the following property described below.

1. $21,757.69 seized from Wells Fargo Bank account 8307503519 in the name of FGBG USA INC.

2. $6,000.30 seized from Wells Fargo Bank account 8307503501 in the name of James Foster-Astorga and Martha Mendoza Foster.

3. $5,015.41 seized from Wells Fargo Bank account 8853172883 in the name of FGBG USA INC.

<u>The Identify of the Claimant and His Interest in the Property Claim</u>

Claimant James Foster Astorga claims the following interests in the property identified above:

1. James Foster Astorga is the owner and operator of the FGBG USA INC and, through his ownership of FGBG USA INC, is the joint owner, along with FGBG USA INC, of $21,757.69 seized from Wells Fargo Bank account 8307503519;

2. James Foster Astorga is joint owner, along with FGBG USA INC, of $6,000.30 seized from Wells Fargo Bank account 8307503501; and

3. James Foster Astorga is joint owner, along with FGBG USA INC, of $5,015.41 seized from Wells Fargo Bank account 8853172883.

By virtue of Claimant's position and interest in re property subject to forfeiture, he demands restitution of the property and the right to appear and defend this forfeiture action.

DATED this _22_ day of October, 2018.

_____
James Foster Astorga
Claimant

## VERIFICATION

I, James Foster Astorga do hereby declare under penalty of perjury that the re foregoing is true correct to the best of my knowledge and understanding.

James Foster Astorga
Claimant

SUBSCRIBED AND SWORN before me on this __22__ day of October, 2018.

NOTARY PUBLIC: Residing in
COLLIN COUNTY
TEXAS

My Commission Expires:



KHURSHEED ZEHRA
Notary Public, State of Texas
Comm. Expires 08-25-2021
Notary ID 131260384

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd of October, 2018, a true and correct copy of the foregoing *Verified Claim of James Foster-Astorga* was served via electronic filing to the following:

U.S. Attorney's Office (UT)
185 South State Street, #300
Salt Lake City, UT 84101

                                                    /s/ *Levi Barrett*